YOU GOO HO, ALSO KNOWN AS MRS. HO TI YUEN *v.* SAMUEL L. YEE AND EDMUND T. K. ING.

No. 4020.

FILED JUNE 26, 1959.          DECIDED JULY 24, 1959.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* Second petition for rehearing is denied. As stated in the *per curiam* denying the original petition for rehearing, the verdict of the jury on which the judgment is predicated is in accordance with the evidence and the instructions of the court regarding causation.

*J. Garner Anthony* (*Robertson, Castle & Anthony*) for the petition.

### DISSENT OF RICE, C. J.

The foregoing *"Per Curiam"* is by a majority of the Court but I do not concur therein and dissent therefrom for the same reasons stated in my dissent to the original opinion in the case.